UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DERICK OWUSU,<br><br>      Plaintiff,<br><br> v.<br><br>JOHN THOMPSON,<br><br>      Defendant. | No. 3:19-CV-5205-RBL-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. #19], and the underlying record.

(1) The Report and Recommendation is **ADOPTED**.

(2) Defendant's Motion for Summary Judgment (Dkt. 11) is granted. The complaint is dismissed without prejudice and this case is closed.

(3) As Plaintiff Owusu has not exhausted his administrative remedies, an appeal would not be taken in good faith. Therefore, Plaintiff is not entitled to proceed *in forma pauperis* on appeal. *See* Fed. R. App. P. 24.

The Clerk shall send copies of this Order to Plaintiff Owusu's last known address and to Magistrate Judge Christel.

IT IS SO ORDERED.

**DATED** this 15th day of November, 2019.

                Ronald B. Leighton
                United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1